20 A.3d 1153

IN THE MATTER OF HAMDI M. RIFAI, AN ATTORNEY
AT LAW (ATTORNEY NO. 059441994).

June 29, 2011.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 10–417, concluding that **HAMDI M. RIFAI** of

**ROCHELLE PARK,** who was admitted to the bar of this State in 1994, and who has been suspended from the practice of law since March 9, 2011, by Orders of this Court filed January 20, 2011, and February 20, 2011, should be suspended from the practice of law for a period of three months for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.1(b) (pattern of neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to keep a client reasonably informed about the status of the matter), *RPC* 1.16(d) (failure to protect a client's interests upon termination of the representation), *RPC* 3.2 (failure to expedite litigation), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation);

And the Disciplinary Review Board having determined that the term of suspension should be consecutive to the three-month term or suspension Ordered on February 10, 2011, effective March 9, effective March 9, 2011;

And good cause appearing;

It is ORDERED that **HAMDI M. RIFAI** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective June 10, 2011; and it is further

ORDERED that respondent shall not be reinstated to the practice of law until he has complied with the requirement ordered by the Court on January 20, 2011, that he contact the Bergen County Committee on Professionalism to arrange for an assessment, and if the Committee finds appropriate, for the development of a program to assist respondent in developing and maintaining courtesy and civility in his professional dealings with others, which may include the appointment of a mentor; and it is further

ORDERED that respondent continue to comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files

proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.